UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

Jason Q. McCoy,
Jasmine N. Jones McCoy

        Debtor.

-----------------------------------------------------------x

Chapter 13
Case No. 25-35844 kyp

**ORDER EXTENDING STAY**

UPON the motion made to this Court dated August 12, 2025 by Jason Q. McCoy and Jasmine N. Jones McCoy, the debtors herein, seeking an extension of the automatic stay as provided for by 11 U.S.C. Sec. 362 beyond thirty (30) days from the date of filing of this Chapter 13 case, and the motion being returnable September 9, 2025, it is hereby

**ORDERED,** that pursuant to 11 U.S.C. Sec. 362(c)(3), the automatic stay of the Bankruptcy Code is continued in effect through September 9, 2025, as to all creditors.



Dated: August 14, 2025
Poughkeepsie, New York

/s/ Kyu Y. Paek
_____
Hon. Kyu Y. Paek
U.S. Bankruptcy Judge